UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 09-52154

CHRISTINE M. SULLIVAN,                                    Chapter 13

        Debtor.                                     Judge Thomas J. Tucker

_____/

## ORDER REQUIRING DEBTOR'S ATTORNEY TO
## SUPPLEMENT FEE APPLICATION

This case is before the Court on the fee application of Debtor's attorney (Docket # 39). The Applicant has filed a Certificate of No Response, indicating that no party timely objected to this fee application.

Upon consideration, the Court concludes that it cannot yet grant the fee application because it does not comply with L.B.R. 2016-1(a)(3) (E.D. Mich.). That local rule provides, in relevant part, that "in a chapter 13 case, a pre-confirmation or post-confirmation fee application that requests approval of fees and expenses totaling more than $3,500.00 in that application shall specifically identify the circumstances of the case that make the amount requested reasonable."

Accordingly,

IT IS ORDERED that the Applicant must, no later than **December 11, 2009**, supplement its fee application so that it complies with L.B.R. 2016-1(a)(3). The Court will further consider the fee application after the supplement is filed.

**Signed on December 07, 2009**

                                                                                       **/s/ Thomas J. Tucker**
                                                                                          **Thomas J. Tucker**
                                                                          **United States Bankruptcy Judge**